IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GARETT BECK,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 4:17-cv-01336** |
| **JORDAN & SKALA ENGINEERS, INC.,** § | |
| § | |
| **Defendant.** § | |
| § | |

**ORDER GRANTING JOINT AND AGREED**
**MOTION FOR APPROVAL OF AGREEMENT TO RESOLVE DISPUTE**

Came on to be considered Plaintiff Garret Beck and Defendant Jordan & Skala Engineers, Inc. (collectively as "the Parties") Joint and Agreed Motion for Approval of Settlement Agreement to Resolve Dispute ("Motion") and the Court, after considering said Motion as well as the pleadings on file herein, is of the opinion that said Motion is with merit and should be GRANTED. It is hereby

ORDERED that the Agreement as provided for in Exhibit A to the Motion is APPROVED in its entirety as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act; It is further

ORDERED that this case is dismissed in its entirety with prejudice, each party to bear their own fees and costs.

Signed on the  25th  day of  March , 2020

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE